1144

No. 98–976.  LOPEZ v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 4th Cir.  Certiorari denied.

No. 98–982.  THOMPKINS v. QUINCY'S RESTAURANT, INC.  Ct. Civ. App. Ala.  Certiorari denied.

No. 98–988.  NIX, CHIEF JUSTICE (RETIRED), SUPREME COURT OF PENNSYLVANIA, ET AL. v. LARSEN.  C. A. 3d Cir.  Certiorari denied.

No. 98–991.  TARANTINO v. PIERCE.  C. A. 5th Cir.  Certiorari denied.

No. 98–995.  ROBISHEAUX v. MEMORIAL CITY REGIONAL MALL.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 98–998.  SEABORN ET AL. v. FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 98–1001.  RODEN v. MISSISSIPPI.  Ct. App. Miss.  Certiorari denied.

No. 98–1002.  PORT v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–1004.  GARAU v. HAHN ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–1005.  RODRIGUEZ v. CITY OF CHICAGO.  C. A. 7th Cir.  Certiorari denied.

No. 98–1009.  SMITH v. SUPREME COURT OF THE UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–1010.  PAUL v. PB–KBB, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–1012.  HESS v. TEXAS.  Ct. App. Tex., 4th Dist.  Certiorari denied.

No. 98–1013.  LEVITIN ET AL. v. PAINEWEBBER, INC.; and BISSELL v. MERRILL LYNCH & CO., INC., ET AL.  C. A. 2d Cir.  Certiorari denied.